**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LEXICON GROWTH LP, a Hong Kong Limited Partnership,

Plaintiff,

vs.

DENIZ TORTOP,

Defendant.

Case No.: 5:26-cv-02230-SVK

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES TO FILE FIRST AMENDED COMPLAINT AND DEFENDANT'S RESPONSE

Hon. Susan van Keulen

Plaintiff Lexicon Growth LP ("Plaintiff") and Defendant Deniz Tortop ("Defendant") (collectively, the "Parties") have stipulated to continue their respective deadlines to file a First Amended Complaint and the response to the same.

Upon full consideration of the Parties' stipulation, and for good cause shown, the Parties' stipulation is hereby GRANTED, and the Court orders as follows:

1. The deadline for Plaintiff to file a First Amended Complaint is extended from July 16, 2026 to July 30, 2026.

2. The deadline for Defendant to file a response to the First Amended Complaint is extended from July 30, 2026 to August 27, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___July 1_____, 2026    _____

HON. SUSAN VAN KEULEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER