UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| LEXICON GROWTH LP,<br>Plaintiff,<br>v.<br>DENIZ TORTOP,<br>Defendant. | Case No. 26-cv-02230-SVK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 28 |

Having reviewed the motion of Plaintiff Lexicon Growth LP requesting leave to file a motion for reconsideration of the Court's order on Defendant's motion to dismiss the Complaint, the Court **GRANTS** leave for Plaintiff to file a motion for reconsideration and sets the following briefing schedule:

Plaintiff's motion for reconsideration due: August 6, 2026

Defendant's opposition due: August 20, 2026

Plaintiff's reply due: August 27, 2026

Hearing: Court will set if necessary

The Parties may negotiate modest extensions to this schedule.

In the order on Defendant's motion to dismiss, the Court set a deadline for Plaintiff to file an amended complaint by July 16, 2026. Dkt. 24 at 11. That deadline is **VACATED**, and the Court will set a new deadline after ruling on the motion for reconsideration.

**SO ORDERED.**

Dated: July 23, 2026



SUSAN VAN KEULEN
United States Magistrate Judge