LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Rebecca Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
Caroline Greathouse (Bar No. 353028)
cgreathouse@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendant
DENIZ TORTOP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXICON GROWTH LP, a Hong Kong Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>DENIZ TORTOP,<br><br>Defendant. | Case No. 5:26-cv-02230-SVK<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Judge: Hon. Susan van Keulen<br><br>Complaint Filed: March 13, 2026 |

Plaintiff Lexicon Growth LP ("Plaintiff") and Defendant Deniz Tortop ("Defendant") (collectively, the "Parties") have stipulated to continue their respective deadlines to file an opposition to Plaintiff's motion for reconsideration and Plaintiff's response to the same.

Upon full consideration of the Parties' stipulation, and for good cause shown, the Parties' stipulation is hereby GRANTED, and the Court orders as follows:

1. The deadline for Defendant to file an opposition to Plaintiff's motion for reconsideration is extended from August 20, 2026 to August 27, 2026.

2. The deadline for Plaintiff to file a response to the same is extended from August 27, 2026 to September 9, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE