**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEXICON GROWTH LP, a Hong Kong Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>DENIZ TORTOP,<br><br>Defendant. | Case No.: 5:26-cv-02230-SVK<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES TO FILE FIRST AMENDED COMPLAINT AND DEFENDANT'S RESPONSE**<br><br>Hon. Susan van Keulen |

Plaintiff Lexicon Growth LP ("Plaintiff") and Defendant Deniz Tortop ("Defendant") (collectively, the "Parties") have stipulated to continue their respective deadlines to file a First Amended Complaint and the response to the same.

Upon full consideration of the Parties' stipulation, and for good cause shown, the Parties' stipulation is hereby GRANTED, and the Court orders as follows:

1. The deadline for Plaintiff to file a First Amended Complaint is extended from November 13, 2026 to December 1, 2026.

2. The deadline for Defendant to file a response to the First Amended Complaint is extended from December 1, 2026 to December 18, 2026.

3. The deadline for Plaintiff to file an opposition to any motion to dismiss the First Amended Complaint shall be January 6, 2027.

4. The deadline for Defendant to file a reply in support of any motion to dismiss the First Amended Complaint shall be January 15, 2027.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 13, 2026

Susan van Keulen

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE